# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:20-cv-24753-UU/LMR

VICTOR EROSA, et al.,

    Plaintiffs,

v.

OPEN SEA MARINE & BOATS CORP.,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

THIS CAUSE is before the Court upon Plaintiff's Motion for Attorney's Fees, D.E. 13, and Magistrate Judge Reid's Report and Recommendation (the "R&R"), D.E. 15. The Court has reviewed the pertinent portions of the record and is otherwise fully advised in the premises.

Magistrate Judge Reid recommends denying the Motion because (1) neither Rule 54 nor S.D. Fla. L.R. 7.3 provide an independent basis for awarding attorney's fees absent some other statute or rule, and the attorney's fees provision of 42 U.S.C. § 12205 does not pertain to this breach of contract matter; (2) the Motion does not comply with the Local Rules of this Court that require a movant to certify it has made reasonable efforts to confer and made a good faith effort to resolve the issues presented in the motion prior to filing it; and (3) the does not provide the identity, experience, and qualifications for each timekeeper for whom fees are sought, in violation of S.D. Fla. L.R. 7.3(a)(5).  Plaintiffs agree with the R&R and request a reasonable amount of time to correct deficiencies. D.E. 16.

This Court has separately made a review of the entire file and record herein and agrees with Magistrate Reid's recommendation. Accordingly, it is

ORDERED AND ADJUDGED that the Report and Recommendation, D.E. 15, is RATIFIED, AFFIRMED and ADOPTED. The Motion, D.E. 13, is DENIED WITHOUT PREJUDICE. Plaintiffs SHALL submit their Amended Motion for Attorney's Fees by **Tuesday, May 25, 2021.** This case remains administratively closed.

DONE AND ORDERED in Chambers at Miami, Florida, this _29th_ day of April, 2021.

```
_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE
```

cc:
Magistrate Judge Reid
Counsel of Record